**Order entered May 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00637-CV

### NEXPAY, INC., Appellant

### V.

### BAIN CONSULTING, LLC, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-03502

## ORDER

Before the Court is Appellant's May 19, 2015 emergency motion for review under rule 24.4 of the Texas Rules of Appellate Procedure of the trial court's May 18, 2015 "Order Denying Defendant Nexpay, Inc's Emergency Motion for Order to Dissolve or, in the Alternative, a Motion for Order to Stay Enforcement of Judgment." In its emergency motion, appellant requests that the Court enter an order staying enforcement of the trial court's judgment and ordering the release of certain funds presently the subject of a citation to discover assets in the circuit court of Cook County, Illinois. We **DENY** the requested relief.

/s/     DAVID EVANS
         JUSTICE